No. 93–6493. BERGMANN *v.* MCCAUGHTRY, WARDEN, *ante,* p. 1028;

No. 93–6554. NWABUEZE *v.* IMMIGRATION AND NATURALIZA- TION SERVICE, *ante,* p. 1052;

No. 93–6592. GHAZIBAYAT *v.* NEW YORK, *ante,* p. 1028;

No. 93–6593. HODGES ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, *ante,* p. 1018;

No. 93–6626. HAMILTON *v.* KIRKPATRICK, *ante,* p. 1054;

No. 93–6713. HARGROVE *v.* TANSY, WARDEN, *ante,* p. 1056;

No. 93–6717. PIONTEK *v.* UNITED STATES, *ante,* p. 1056;

No. 93–6811. ALLEN *v.* NEW YORK LIFE SECURITIES, INC., ET AL., *ante,* p. 1095;

No. 93–6934. COOPER *v.* SALOMON BROTHERS, INC., *ante,* p. 1063; and

No. 93–7177. JOHNS *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, *ante,* p. 1081. Peti- tions for rehearing denied.

No. 93–237. MALONEY *v.* UNITED STATES ET AL., *ante,* pp. 915 and 1006. Motion of petitioner for leave to file second petition for rehearing denied.

No. 93–6243. AGUNBIADE *v.* UNITED STATES, *ante,* p. 1014;

No. 93–6262. PEARSALL *v.* PHILLIPS ET AL., *ante,* p. 998; and

No. 93–6435. BORTNICK *v.* WASHINGTON, *ante,* p. 1016. Mo- tions for leave to file petitions for rehearing denied.

FEBRUARY 24, 1994

No. 93–201. ALLEN & CO., INC. *v.* PACIFIC DUNLOP HOLDINGS INC. C. A. 7th Cir. [Certiorari granted, *ante,* p. 1083.] Writ of certiorari dismissed under this Court's Rule 46.

FEBRUARY 28, 1994

No. 93–1090. MILLSAPS ET AL. *v.* LANGSDON ET AL. Affirmed on appeal from D. C. W. D. Tenn.